UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| RENALD WILLIAMS, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | Case No. 3:17-CV-749-JD-MGG |
|  | ) |  |
| WARDEN, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

OPINION AND ORDER

Renald Williams, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in WCC 16-04-692 where a Disciplinary Hearing Officer (DHO) at the Westville Correctional Facility found him guilty of Trafficking in violation of A-113 on September 29, 2016. ECF 1 at 1. As a result, Williams was sanctioned with the loss of 90 days earned credit time and was demoted from Credit Class 1 to Credit Class 2. *Id*.

After Williams filed his petition, the finding of guilt and sanctions were vacated. ECF 9-1. The Warden has now filed a motion to dismiss because this case is now moot. ECF 9. Williams did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Regardless, the court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Williams has already won and there is no case left for this court to decide. Accordingly, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison

disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 9) is GRANTED and the case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED on January 24, 2018.

    /s/ JON E. DEGUILIO
Judge
United States District Court